USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                               :
JOHN LEOPOLDO FIORILLA,             :
                                                                               :
                                         Plaintiff,   :                  1:22-cv-6189-GHW
                                                                                :
                                  -v -                              :                       ORDER
                                                                                :
CITIGROUP INC., et al.,                     :
                                                                                :
                                       Defendants.   :
                                                                                :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated during the September 28, 2022 conference, the September 1, 2022 request by Defendants Citigroup Global Markets, Inc., Citibank, N.A., Citigroup, Inc., Citicorp LLC, and Citigroup Global Markets Holdings, Inc. (the "Citi Defendants") and Defendant Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") for leave to file a motion to dismiss, Dkt. No. 32, and the September 12, 2022 request by Defendant Allen & Overy to file a motion to dismiss, Dkt. No. 36, are granted. The deadline for Defendants to file and serve their motions to dismiss is October 28, 2022. Plaintiff's opposition must be filed no later than November 29, 2022. Defendants' replies, if any, are due no later than fourteen days after service of Plaintiff's opposition. Additionally, the Citi Defendants and Defendant Paul Weiss are granted leave to file their anticipated motion for Rule 11 sanctions. That motion should be filed no earlier than October 28, 2022; it may be filed at any time on or after that date. Plaintiff's opposition to that motion must be filed no later than twenty-eight days after the filing of the motion; Defendants' reply, if any, is due no later than fourteen days after filing of the opposition. Finally, for the reasons stated during the September 28, 2022 conference, discovery is hereby stayed until the resolution of the anticipated

motions to dismiss.

    SO ORDERED.

Dated: September 28, 2022
       New York, New York

                                       GREGORY H. WOODS
                                     United States District Judge