```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
JOHN LEOPOLDO FIORILLA,                                          :
                                                                 :
                                         Plaintiff,              :   1:22-cv-6189-GHW
                                                                 :
                     -v -                                        :   ORDER
                                                                 :
CITIGROUP INC., et al.,                                          :
                                                                 :
                                         Defendants.             :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2022

GREGORY H. WOODS, United States District Judge:

The Court received an email at 6:54 a.m. on October 5, 2022 from Plaintiff in this case, which is now posted at Dkt. No. 54. By the time the email was received, the Court had already received, endorsed, and entered Plaintiff's Notice of Voluntary Dismissal, which was posted to the docket on October 4, 2022. Dkt. No. 49 (notice of dismissal); Dkt. No. 53 (endorsed notice of dismissal). The parties are hereby directed to send a joint letter to the Court, no later than October 11, 2022, addressing the status of the Plaintiff's case in front of this Court in light of these events. *See, e.g.*, *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 814 (2d Cir. 2022) (Menashi, J., concurring) ("When a plaintiff files a notice of dismissal under Rule 41(a)(1)(A)(i), 'the notice is effective the moment it is filed with the clerk.'" (quoting 9 Charles A. Wright & Arthur R. Miller, Federal Practice & Procedure § 2363 (4th ed. 2021))).

SO ORDERED.

Dated: October 5, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge